ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
BRYAN J. BOYLE (SBN 253725)
bboyle@carrferrell.com
MARCUS H. YANG (SBN 273509)
myang@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Drive
Menlo Park, California 94025
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for Plaintiff
STEVEN F. REIBER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEVEN F. REIBER,<br><br>            Plaintiff,<br><br>    v.<br><br>WESTERN DIGITAL CORPORATION, a Delaware corporation, WESTERN DIGITAL TECHNOLOGIES, INC., a Delaware corporation, SILICONSYSTEMS, INC., a California corporation, and HGST, INC., a Delaware corporation,<br><br>            Defendants. | CASE NO. 2:14-cv-00763-KJM-EFB<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

   Plaintiff Steven F. Reiber and Defendants Western Digital Corporation, Western Digital Technologies, Inc., SiliconSystems, Inc. and HGST, Inc. hereby advise the Court that they have entered into a Confidential Settlement of the above-captioned action.  The parties expect to be able to complete the implementation of the terms of the settlement by the end of July 2015 and intend to submit a joint stipulation and proposed order for dismissal at that time.

   The parties jointly request the Court to continue the Status Conference presently set for June 25, 2015 to a date convenient to the Court in August 2015 to enable the parties to complete their settlement.

| | |
|---|---|
| Dated:  June 15, 2015 | CARR & FERRELL *LLP* |
| | |
| | By   /s/ Robert J. Yorio |
| |     ROBERT J. YORIO |
| |     BRYAN J. BOYLE |
| |     MARCUS H. YANG |
| | Attorneys for Plaintiff |
| | STEVEN F. REIBER |

SO STIPULATED.

| | |
|---|---|
| Dated:  June 15, 2015 | GIBSON, DUNN & CRUTCHER LLP |
| | |
| | By   /s/ Frank P. Coté |
| |     WILLIAM C. ROOKLIDGE (SBN 134483) |
| |     wrooklidge@gibsondunn.com |
| |     FRANK P. CÔTÉ (SBN 204529) |
| |     fcote@gibsondunn.com |
| |     3161 Michelson Drive |
| |     Irvine, CA  92612-4412 |
| |     Telephone: (949) 451.3800 |
| |     Facsimile: (949) 451.4220 |
| | Attorneys for Defendants |
| | WESTERN DIGITAL CORPORATION, |
| | WESTERN DIGITAL TECHNOLOGIES, INC., |
| | SILICONSYSTEMS, INC., and HGST, INC. |