ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
BRYAN J. BOYLE (SBN 253725)
bboyle@carrferrell.com
MARCUS H. YANG (SBN 273509)
myang@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
STEVEN F. REIBER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN F. REIBER,<br><br>             Plaintiff,<br><br>     v.<br><br>WESTERN DIGITAL CORPORATION, a Delaware corporation, WESTERN DIGITAL TECHNOLOGIES, INC., a Delaware corporation, SILICONSYSTEMS, INC., a California corporation, and HGST, INC., a Delaware corporation,<br><br>             Defendants. | CASE NO. 2:14-cv-00763-KJM-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(2))** |

Plaintiff Steven F. Reiber and Defendants Western Digital Corporation, Western Digital Technologies, Inc., SiliconSystems, Inc. and HGST, Inc. hereby stipulate to a dismissal of the entire above-captioned action with prejudice pursuant to the provisions of Fed. R. Civ. P. 41(a)(2). The parties further agree to bear his or their own attorneys' fees and costs of suit incurred herein.

Dated: July 15, 2015                     CARR & FERRELL *LLP*

                                         By   /s/ Robert J. Yorio
                                              ROBERT J. YORIO
                                              BRYAN J. BOYLE
                                              MARCUS H. YANG

                                         Attorneys for Plaintiff STEVEN F. REIBER

1   IT IS SO STIPULATED.

2

3   Dated: July 15, 2015                    GIBSON, DUNN & CRUTCHER LLP

4

5                                           By   /s/ William C. Rooklidge
                                                 WILLIAM C. ROOKLIDGE (SBN 134483)
                                                 wrooklidge@gibsondunn.com
6                                                FRANK P. CÔTÉ (SBN 204529)
                                                 fcote@gibsondunn.com
7                                                3161 Michelson Drive
                                                 Irvine, CA  92612-4412
8                                                Telephone: (949) 451.3800
                                                 Facsimile:  (949) 451.4220
9

10                                          Attorneys for Defendants
                                            WESTERN DIGITAL CORPORATION,
11                                          WESTERN DIGITAL TECHNOLOGIES, INC.,
                                            SILICONSYSTEMS, INC., and HGST, INC.
12

13

14   IT IS SO ORDERED.

15   Dated: July __, 2015
                                            _____
16                                          U.S. DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION OF DISMISSAL WITH PREJDUICE  (CASE NO. 2:14-cv-00763-KJM-EFB)                    {00863910v }